# RUSSO & TONER LLP

**ATTORNEYS AT LAW**
33 Whitehall Street, New York, New York 10004
Phone (212) 482-0001; Fax (212) 482-0002
www.russotoner.com

Partner
Kevin G. Horbatiuk, Esq.
khorbatiuk@russotoner.com
(212) 482-0001 x134

September 21, 2020

The Honorable Mary Kay Vyskocil
U.S. District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    ***Stephen Feeley V. CIGNA, UNUM***
            Index No.:    20-cv-4366
            Our File No.:    819.217

Honorable Judge Vyskocil,

    I represent the defendant, Life Insurance Company of North America incorrectly sued herein as CIGNA, in the above-referenced action. Plaintiff's Counsel and our office have agreed to a private Mediation with NAM Mediation Services which is currently scheduled for November 12, 2020 at 9am with Kenneth Grundstein, Esq. I am submitting this letter motion, with the consent of plaintiff's counsel, to request that the Initial Conference scheduled with the Court on October 22, 2020 be rescheduled until a date after the Mediation. We have never requested this specific relief before.

    Thank you for your time and anticipated courtesies on this matter.

    Respectfully submitted,

    */s/ Kevin Horbatiuk*

    Kevin G. Horbatiuk, Esq.

Cc:    Pawar Law Group
        Vik Pawar
        Robert Blossner
        20 Vesey Street, Suite 1410
        New York, New York, 10007

**RUSSO & TONER**