# RUSSO & TONER LLP

**ATTORNEYS AT LAW**
33 Whitehall Street, New York, New York 10004
Phone (212) 482-0001; Fax (212) 482-0002
www.russotoner.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/2/2020
```

Partner
Kevin G. Horbatiuk, Esq.
khorbatiuk@russotoner.com
(212) 482-0001 x134

September 21, 2020

The Honorable Mary Kay Vyskocil
U.S. District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    ***Stephen Feeley V. CIGNA, UNUM***
            Index No.:    20-cv-4366
            Our File No.:    819.217

Honorable Judge Vyskocil,

    I represent the defendant, Life Insurance Company of North America incorrectly sued herein as CIGNA, in the above-referenced action. Plaintiff's Counsel and our office have agreed to a private Mediation with NAM Mediation Services which is currently scheduled for November 12, 2020 at 9am with Kenneth Grundstein, Esq. I am submitting this letter motion, with the consent of plaintiff's counsel, to request that the Initial Conference scheduled with the Court on October 22, 2020 be rescheduled until a date after the Mediation. We have never requested this specific relief before.

    Thank you for your time and anticipated courtesies on this matter.

                      Respectfully submitted,

                      */s/ Kevin Horbatiuk*
                      Kevin G. Horbatiuk, Esq.

Cc:    Pawar Law Group
        Vik Pawar
        Robert Blossner
        20 Vesey Street, Suite 1410
        New York, New York, 10007

RUSSO & TONER

2

> This request is GRANTED.  The IPTC shall take place on November 19, 2020 at 10:30 AM.  Joint letter and Proposed Case Management Plan due November 13, 2020.
>
> Date: <u>October 2, 2020</u>
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge